UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMER HADWAN,<br><br>                  Plaintiff,<br><br>        v.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a Outback Steakhouse, and JOHN DOE,<br><br>                  Defendants. | No. 25-cv-5331 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       On July 7, 2025, Defendant Outback Steakhouse of Florida, LLC filed a motion to dismiss Plaintiff's complaint. *See* Dkt. No. 6. Plaintiff then filed a first amended complaint, Dkt. No. 14, which Outback Steakhouse again moved to dismiss, Dkt. No. 15. Outback Steakhouse's earlier motion to dismiss is thus moot. *See* Individual Civil Rule 4(C) (amendment of pleading moots any pending motion to dismiss). The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 6.

SO ORDERED.

Dated:    July 25, 2025
             New York, New York

                                                                          Ronnie Abrams
                                                                          United States District Judge